# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL 929.294.2540
DIRECT EMAIL jdabbs@kaplanhecker.com

July 29, 2021

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

RE: <u>United States v. Arguedas *et al.* (Denise Bullock)</u>, 20 Cr. 135 (JMF)

Dear Judge Furman:

Our client, Denise Bullock, is on pretrial supervision under terms most recently modified by Your Honor's order of May 24, 2021. (*See* ECF 401.) Those terms permit Ms. Bullock to travel to Philadelphia to visit her daughter with permission from the Court. (*See id.* at 3.)

Ms. Bullock's daughter turns three next week. We write to seek permission for Ms. Bullock to go to Philadelphia on Wednesday, August 4, spend her daughter's birthday with her on Thursday, August 5, and return to New York City on the morning of Friday, August 6. Pretrial Services does not object to Ms. Bullock traveling to Philadelphia for her daughter's birthday, but does not consent as a matter of policy to requests for overnight travel from pretrial supervisees on curfew. The Government defers to Pretrial's position.

We thank the Court for its consideration of this request.

Respectfully submitted,

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 490. SO ORDERED.

Jenna M. Dabbs
Justin Horton
Brandon C. Thompson
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, New York 10118
Telephone: (212) 763-0883
jdabbs@kaplanhecker.com
jhorton@kaplanhecker.com
bthompson@kaplanhecker.com
*Counsel for Denise Bullock*

July 30, 2021

cc: AUSAs Brandon Harper et al (via ECF); PSO Ashley Cosme (via email)