# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL    929.294.2540
DIRECT EMAIL   jdabbs@kaplanhecker.com

August 26, 2021

BY ECF

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

RE:  **United States v. Arguedas *et al.* (Denise Bullock)**, 20 Cr. 135 (JMF)

Dear Judge Furman:

We represent Denise Bullock, a pretrial defendant in the above-captioned case. Ms. Bullock's bail conditions require her to seek approval from the Court for any travel outside of the Southern and Eastern Districts of New York. *See* ECF No. 401 at 3. We write to request approval for Ms. Bullock to accompany her mother to and from Syracuse, New York, this coming Sunday, August 29, to help Ms. Bullock's younger sister move into her residence at a local university.

Laura Gialanella, Ms. Bullock's Pretrial Services Officer, has no objection to this request. The Government has informed us that it defers to Pretrial on this request and therefore does not object.

Thank you for your consideration of this matter.

Application GRANTED.

SO ORDERED.

*[signature]*

August 27, 2021

Respectfully submitted,

*[signature]*
Jenna M. Dabbs
Justin Horton
Brandon C. Thompson
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, New York 10118

*Counsel for Denise Bullock*

cc: AUSA Brandon Harper (by ECF); Pretrial Services Officer Laura Gialanella (by email)