# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL 929.294.2540
DIRECT EMAIL jdabbs@kaplanhecker.com

May 6, 2022

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

RE: **United States v. Arguedas *et al.* (Denise Bullock)**, 20 Cr. 135 (JMF)

Dear Judge Furman:

We represent Denise Bullock, whose sentencing hearing is scheduled for May 26, 2022. We write to request a short adjournment of Ms. Bullock's sentencing hearing (and earlier related submission deadlines) to avoid a scheduling conflict with the current date. The government consents.

Counsel for the parties are available on and after June 9, with the exceptions of June 15 and June 20-24, should the Court have availability around those dates.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Jenna M. Dabbs*

Jenna M. Dabbs
Justin Horton
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd floor
New York, New York 10118

*Counsel for Denise Bullock*

Application GRANTED. Sentencing is hereby ADJOURNED to July 6, 2022, at 3:15 p.m. The Clerk of Court is directed to terminate Doc. #669. SO ORDERED.

*/s/ Jesse M. Furman*

May 9, 2022