**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL        212.763.0889
DIRECT EMAIL     jdabbs@kaplanhecker.com

June 22, 2022

BY ECF

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE: **United States v. Arguedas (Denise Bullock)**, 20 Cr. 135

Dear Judge Furman:

We respectfully move for leave to file certain of defendant Denise Bullock's medical records under seal. *See* Individual Rules and Practices in Criminal Cases ¶¶ 10(D)(i); 10(C)(ii)-(iii). The single document ████████████████████████████████████████████████████████████████████████████████████████████████████████████████. This document is Exhibit C to Ms. Bullock's sentencing submission that was filed this evening.

This Court routinely permits the filing of medical records under seal. *See, e.g.*, *United States v. Galdieri*, No. 19-CR-757-2 (JMF), 2022 WL 2118539, at *1 (S.D.N.Y. Jun. 13, 2022) (keeping defendant's medical records under seal); *United States v. Christopher Bullock*, No. 18-CR-528 (JMF), 2021 WL 1550424, at *1 n.2 (S.D.N.Y. Apr. 20, 2021) (granting motion to file medical records under seal). Because this document consists almost entirely of ████████████████████, redaction is impracticable and would not serve the public interest. *Cf. Dilworth v. Goldberg*, No. 10-CV-2224 (JMF), 2014 WL 3798631, at *2 n.3 (noting proper redaction of medical records and directing Clerk of the Court "to maintain the unredacted records under seal").

Respectfully submitted,

/s/ Jenna M. Dabbs

Jenna M. Dabbs
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118

*Counsel for Denise Bullock*

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 701.

SO ORDERED.

/s/ Jesse M. Furman
June 23, 2022