

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 1, 2024

<div style="color:blue">Application GRANTED. The conference is hereby ADJOURNED to May 29, 2024, at 10:30 a.m. The Clerk of Court is directed to terminate Doc. #781.

SO ORDERED.

May 1, 2024</div>

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:     *United States v. Denise Bullock*, 20 Cr. 135 (JMF)

Dear Judge Furman:

The parties write respectfully to provide a status update and seek a 30-day adjournment of the currently scheduled May 2, 2024, status conference in the above-referenced matter. The parties have been engaged in discussions regarding a potential resolution and jointly request that the status conference currently scheduled for May 2, 2024, at 11:00 a.m. be adjourned for 30 days, pending the Court's availability. Defense counsel consents to this request.

Sincerely,

DAMIAN WILLIAMS
United States Attorney

By:    _____
Ryan T. Nees
Assistant United States Attorney
Southern District of New York
ryan.nees@usdoj.gov
212-637-1595

cc:   Jenna Dabbs, Esq. (by ECF)
      Jeffrey Then, Esq. (by ECF)