# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL    929.294.2540
DIRECT EMAIL   jdabbs@kaplanhecker.com

June 24, 2024

> Application GRANTED.  The conference is hereby ADJOURNED to **August 1, 2024, at 11:15 a.m.  Further adjournments are unlikely to be granted.**  The Clerk of Court is directed to terminate Doc. #798. SO ORDERED.
>
> *[signature]*
> June 25, 2024

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

   *Re:*  **United States v. Arguedas (Denise Bullock), 20 Cr. 135**

Dear Judge Furman:

  I represent Denise Bullock in the above captioned matter.  The parties write respectfully to provide a status update and seek a 30-day adjournment of the upcoming Violation of Supervised Release hearing for Ms. Bullock currently scheduled for June 26, 2024 at 11:30 a.m.  The parties continue to engage in discussions regarding a potential resolution and jointly request that the status conference currently scheduled for June 26, 2024 be adjourned for 30 days, pending the Court's availability.  The government consents to this request.

  We appreciate the Court's consideration.

Respectfully submitted,

*[signature]*

Jenna M. Dabbs
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118

*Counsel for Denise Bullock*

cc:  Assistant United States Attorneys Ryan Nees and Brandon Harper
    U.S. Probation Officer Alicia A. Black